UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-21579-CIV-ZLOCH

DEBRA HARTMAN,

       Plaintiff,

vs.

CARNIVAL CORPORATION,                **<u>V E R D I C T</u>**

       Defendant.
_____/

WE, the Jury, unanimously find as follows:

1. Do you find, by a preponderance of the evidence, that the Defendant Carnival Corporation was negligent in the manner claimed by the Plaintiff Debra Hartman and that such negligence was a legal cause of damage to the Plaintiff?

    YES _____    NO __*NO*__

[**NOTE:** If you answered "YES" to Question No. 1, proceed to Question No. 2. If you answered "NO" to Question No. 1, do not answer the remaining Questions but date and sign this Verdict Form, and advise the Marshal, by a note, that you have reached your Verdict.]

2. Do you find, by a preponderance of the evidence, that the Plaintiff Debra Hartman was also negligent in the manner claimed by the Defendant Carnival Corporation and that such negligence was a legal cause of the Plaintiff's own damage?

    YES _____    NO _____

[**NOTE:** If you answered "YES" to Question No. 2, proceed to Question No. 3. If you answered "NO" to Question No. 2, proceed to Question No. 4.]

3. What percentage of the Plaintiff Debra Hartman's damage do you find from a preponderance of the evidence to have been legally caused by the negligence of the respective parties?

    Defendant Carnival Corporation    _____%

    Plaintiff Debra Hartman    _____%

    TOTAL MUST EQUAL 100%

[**NOTE:** Proceed to Question No. 4]

4. What sum of money do you find from a preponderance of the evidence to be the total amount of the Plaintiff's damages?

In determining the total amount of damages for Question No. 4, do not make any reduction because of the negligence, if any, on the part of any individual or entity. The Court, in entering judgment, will make the appropriate reduction required by law.

    (a) Medical and hospital expenses, past and future $_____

    (b) Mental or physical pain and anguish, past and future $_____

    (c) Net lost wages and benefits to the date of trial $_____

    (d) Net lost wages and benefits in the future reduced to present value $_____

SO SAY WE ALL.

06-11-2010
DATE


/s/ FOREPERSON